ACCEPTED
06-14-00036-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/13/2015 2:38:15 PM
DEBBIE AUTREY
CLERK

Case No. 06-14-00036-CV

| | |
|---|---|
| **In the Court of Appeals**<br><br>**6th Judicial District**<br><br>**Texarkana, Texas** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS<br>3/13/2015 2:38:15 PM<br>DEBBIE AUTREY<br>Clerk |

**Frank Keathley,** *Appellant*

v.

**J.J. Investment Company, L.T.D., et al.,** *Appellees*

## APPELLEE CORBITT BAKER'S
## UNOPPOSED MOTION TO EXTEND TIME

TO THE HONORABLE SIXTH COURT OF APPEALS:

COMES NOW, Appellee Corbitt Baker, and files this Unopposed Motion to Extend Time to file the Appellee's Brief, and in support thereof would show the Court the following:

**I.**

On February 13, 2015, notice was sent from the Court to the Appellee notifying him that the Appellee's Brief was due on or before Monday, March 16, 2015. Appellee files this Motion to Extend under authority of Tex. R. App. P. 10.5(b) and requests that this Honorable Court would grant the relief requested for the reasons asserted herein.

## II.

As stated above, the deadline for the Appellee to file the Appellee's Brief is Monday, March 16, 2015. Appellee seeks an extension of thirty (30) days to file same.

Appellee seeks such an extension to allow sufficient time to respond to the allegations raised in the Appellant's Brief. Counsel for Appellee, Jerry Baker, who is responsible for drafting Appellee's Brief, will not have time to complete Appellee's Brief before the current March 16, 2015 deadline. Since Appellants' Brief was filed, counsel has been or will be involved in several matters that have prevented him from completing Appellee's Brief on or before the deadline.

Appellee would point out that such an extension would not cause any delay or harm to the Appellant. Counsel for Appellant was contacted prior to the filing of this motion and stated that he was unopposed to same. As such, the requested extension of thirty (30) days would not in any way prejudice the Appellant or any other party to this proceeding. This extension is being sought not for purposes of delay but so that justice may be done.

## III.

Appellee has not requested and has not been granted any previous extensions of this deadline.

## IV.

WHEREFORE, PREMISES CONSIDERED, Appellee Corbitt Baker pray that this Unopposed Motion to Extend Time be granted and that the Court award such other and further relief, at law or in equity, to which these parties may be justly entitled.

Respectfully submitted,

2

CLARDY LAW OFFICES
209 E. Main Street
Nacogdoches, Texas 75961
Ph:    936-564-2500
Fax:   936-564-2507

By:    /s/ Jerry W. Baker
       TRAVIS P. CLARDY
       State Bar No. 04268020
       JERRY W. BAKER
       State Bar No. 24026776

**ATTORNEY FOR APPELLEE,
CORBITT BAKER**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2015, a true and correct copy of the foregoing document has been served by certified mail, return receipt requested, in accordance with the Texas Rules of Appellate Procedure, on the following:

a. Mr. Larry R. Wright, P.O. Box 144, Winnsboro, Texas 75494; Attorney for Appellant.

b. Mr. Larry Blount, Powers & Blount, L.L.P., P.O. Box 877, Sulphur Springs, Texas 75483; Attorney for Appellee J.J. Investments, Ltd.

c. Mr. Gene Stump, P.O. Box 606, Mount Vernon, Texas 75457; Attorney for Appellees Ellen Jagger, District Clerk, and Constable Ronald Green.

/s/ Jerry W. Baker
JERRY W. BAKER

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 13, 2015, I conferred with counsel for the Appellant, Larry R. Wright, concerning this Motion to Extend and he was unopposed to same.

/s/ Jerry W. Baker
JERRY W. BAKER